NORMA DUNN v. CYNTHIA MAKIN.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK D'AGOSTINO.

January 20, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 49)

STATE OF NEW JERSEY v. FRANK D'AGOSTINO.

January 20, 1981.

Cross-petition for certification denied. (See 176 *N.J.Super.* 49)

STATE OF NEW JERSEY v. JAMES F. JOHNSON.

January 20, 1981.

Petition for certification granted. (See 176 *N.J.Super.* 1)